**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-6000**

SHAWN GERMAINE FRALEY,

            Plaintiff - Appellant,

      v.

JEFFERY CLAWSON, Officer, Alexander Correctional Institution; WILLIAM JOHNSON, Lieutenant, Alexander Correctional Institution; DUSTIN GOINS, Sergeant, Alexander Correctional Institution,

            Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Frank D. Whitney, Chief District Judge.  (5:17-cv-00075-FDW)

Submitted:  April 25, 2019                                      Decided:  April 30, 2019

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Shawn Germaine Fraley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shawn Germaine Fraley appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fraley v. Clawson*, No. 5:17-cv-00075-FDW (W.D.N.C. Oct. 3, 2018 & Dec. 7, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*